UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-7623 RSWL (Ex) | Date | March 4, 2016 |
|---|---|---|---|
| Title | Transamerica Life Insurance Company v. Yousef Rabadi et al | | |

| Present: The Honorable | RONALD S.W. LEW | |
|---|---|---|
| Joseph Remigio | | None |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**          (IN CHAMBERS)

To date, the Court has not received the parties joint Rule 26(f) Report ("Report") in connection with the Scheduling Conference set for March 8, 2015. Said Report was due no later than March 1, 2016. The Court's order of January 20, 2016 [27] warned the parties that "Failure to comply may lead to the imposition of sanctions." No request for a continuation of the Scheduling Conference has been received.

Due to the parties' failure to comply with this Court's order, the Scheduling Conference is continued from March 8, 2015, to March 15, 2016, at 10:00 a.m. The parties shall jointly show cause, in writing, no later than March 7, 2016, why sanctions should not be imposed. I lieu of a written response, the Court will accept a joint Rule 26(f) Report no later than March 7, 2016.

Counsel are once again notified that failure to comply with this Court's order may result in the imposition of sanctions for all parties, including the possible sanction of dismissal.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | jre | |