# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>Plaintiff-in-Interpleader,<br><br>vs.<br><br>YOUSEF RABADI, INTESAR ALTURK, BILL BILTAGI, LYSAGHT LAW GROUP LLP and DOES 1 through 10, Inclusive,<br><br>Defendants-in-Interpleader. | Case No. 2:15-cv-07623-RSWL (Ex)<br><br>**DISCOVERY MATTER**<br><br>(Honorable Charles F. Eick, Magistrate Judge)<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>[Filed concurrently with Stipulated Protective Order]<br><br>Complaint Filed: September 29, 2015 |
| YOUSEF RABADI, INTESAR ALTURK, BILL BILTAGI,<br><br>Cross-Complainant,<br><br>vs.<br><br>LYSAGHT LAW GROUP LLP and BRIAN C. LYSAGHT,<br><br>Cross-Defendant. | |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

36161655v1 0977689

# ORDER

Good cause having been shown within the parties' Stipulated Protective Order (the "Stipulation"), the Court hereby orders that the handling of confidential, proprietary and/or trade secret documents or information in this case shall be governed by the terms of the Stipulation.

**IT IS SO ORDERED.**

DATED: 7/20/16   

THE HON. CHARLES F. EICK
United States Magistrate Judge

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

36161655v1 0977689

1