**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, | CV 15-07623-RSWL-Ex |
| Plaintiff-in-Interpleader, | **JUDGMENT** |
| v. | |
| YOUSEF RABADI, INTESAR ALTURK, BILL BILTAGI, LYSAGHT LAW GROUP LLP, and DOES 1 through 10, | |
| Defendants-in-Interpleader. | |
| YOUSEF RABADI, INTESAR ALTURK, and BILL BILTAGI, | |
| Cross-Claimants, | |
| v. | |
| LYSAGHT LAW GROUP LLP and BRIAN C. LYSAGHT, | |
| Cross-Defendants. | |

| | |
|---|---|
| 1 | **WHEREAS**, on April 18, 2017, the Court granted Cross-Claimant Bill Biltagi's Motion for Summary Judgment [99] and Cross-Claimants Yousef Rabadi, and Intesar Alturk's Motion for Summary Judgment [100] (collectively, "Cross-Claimants") and denied Cross-Defendants' Motion for Summary Judgment [118]. |

   **WHEREAS**, on April 18, 2017, the Court granted Cross-Claimant Bill Biltagi's Motion for Summary Judgment [99] and Cross-Claimants Yousef Rabadi, and Intesar Alturk's Motion for Summary Judgment [100] (collectively, "Cross-Claimants") and denied Cross-Defendants' Motion for Summary Judgment [118].

   **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Judgment be entered in favor of Cross-Claimants and against Cross-Defendants.

   The Court declares that Cross-Defendants are not entitled to any right, title, or interest to any portion of the interpled funds currently held on deposit with the United States District Court.

   Cross-Claimants are entitled to their pro-rata shares of the total funds interpled (plus interest) by Plaintiff-In-Interpleader Transamerica Life Insurance Company ("Transamerica"), currently on deposit with the United States District Court.

   This action is hereby dismissed in its entirety and Cross-Claimants shall recover its costs in this action.

   **IT IS SO ORDERED.**

DATED: April 18, 2017         s/ RONALD S.W. LEW
                              **HONORABLE RONALD S.W. LEW**
                              Senior U.S. District Judge